**Jan K. VODA, M.D., Plaintiff–Appellee,**

v.

**CORDIS CORPORATION, Defendant–Appellant.**

No. 05–1205.

United States Court of Appeals, Federal Circuit.

DECIDED: March 2, 2005.

*ORDER*

SCHALL, Circuit Judge.

Upon review of Cordis Corporation's no-

tice of appeal,*

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

---

* Cordis is before this court by way of its petition for permission to appeal, which has been

granted and docketed as appeal 05–1238.